# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR BENJAMIN LOYA,<br><br>　　　　　　　　Petitioner,<br>　v.<br>TIM GARRET, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:22-cv-00309-LRH-CLB<br><br>**ORDER** |

　　　This Court screened *pro se* Petitioner Oscar Benjamin Loya's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF Nos. 1, 8, 9.) In the August 25, 2022, screening order, this Court directed the Clerk of Court to electronically serve respondents' counsel a copy of the petition (ECF No. 1) and the screening order (ECF No. 8.) However, the Clerk of Court was not instructed to electronically provide respondents' counsel with the remainder of the docket.

　　　It is therefore ordered that the Clerk of Court is instructed to electronically provide respondents' counsel copies of all items previously filed in this case (ECF Nos. 1–9) by regenerating the Notices of Electronic Filing.

　　　DATED THIS 29th day of August 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE