# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR BENJAMIN LOYA, | Case No. 3:22-cv-00309-LRH-CLB |
| Petitioner, | |
| v. | ORDER |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Respondents filed a Motion for Enlargement of Time to respond to Loya's habeas corpus petition (First Request) (ECF No. 12 ("Motion").) Loya did not file a timely opposition to the motion. The Court finds the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED:**

1. Respondents' Motion for Enlargement of Time (First Request) (ECF No. 12) is GRANTED. The deadline for Respondents to file a response to the petition is December 23, 2022.

DATED this 7th day of November 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE