# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR BENJAMIN LOYA, <br><br> Petitioner, <br> v. <br> TIM GARRETT, *et al.*, <br><br> Respondents. | Case No. 3:22-cv-00309-LRH-CLB <br><br> **ORDER** |

Petitioner seeks an extension of time to file his first amended petition. ECF No. 26. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Petitioner's first unopposed motion to extend (ECF No. 26) is granted. Petitioner has until April 1, 2024, to file his first amended petition.

IT IS SO ORDERED.

DATED this 12th day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE