UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR BENJAMIN LOYA, | Case No. 3:22-cv-00309-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his first amended petition. (ECF No. 31.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's third unopposed motion to extend (ECF No. 31) is granted. Petitioner has until July 30, 2024, to file his first amended petition.

DATED this 10th day of June 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE