UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

OSCAR BENJAMIN LOYA,

Petitioner,

v.

TIM GARRETT, *et al.*,

Respondents.

Case No. 3:22-cv-00309-MMD-CLB

ORDER

Respondents seek an extension of time to file their response to the first amended petition. (ECF No. 38.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion to extend (ECF No. 38) is granted. Respondents have until October 30, 2024, to file their response to the first amended petition (ECF No. 34).

DATED THIS 2nd Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE