# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR BENJAMIN LOYA, | Case No. 3:22-cv-00309-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents request a 14-day enlargement of time to file a response to the First Amended Petition (ECF No. 56). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' Unopposed Motion for Enlargement of Time (First Request) (ECF No. 56) is granted. Respondents have until February 17, 2025, to file a response to the First Amended Petition.

DATED THIS 4th Day of February 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE