UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OSCAR BENJAMIN LOYA, | Case No. 3:22-cv-00309-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Oscar Benjamin Loya moves for a 45-day extension of time ("Motion" (ECF No. 59)) to file an opposition to the renewed motion to dismiss first amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner Oscar Benjamin Loya's unopposed motion for an extension of time to file opposition to renewed motion to dismiss (first request) (ECF No. 59) is granted. Loya has until April 18, 2025, to file an opposition to the renewed motion to dismiss first amended petition.

DATED THIS 5th Day of March 2025.

_____

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE