UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR BENJAMIN LOYA,<br><br>       Petitioner,<br> v.<br><br>TIM GARRETT, *et al.*,<br><br>       Respondents. | Case No. 3:22-cv-00309-MMD-CLB<br><br>ORDER |

  Respondents seek an extension of time to file their reply to their motion to dismiss as well as their opposition to Petitioner's motion for leave to conduct discovery. (ECF No. 63.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

  It is therefore ordered that Respondents' first unopposed motion to extend (ECF No. 63) is granted. Respondents have until May 8, 2025, to file their reply to their motion to dismiss as well as their opposition to Petitioner's motion for leave to conduct discovery.

  DATED THIS 2nd Day of May 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE