UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR BENJAMIN LOYA, | Case No. 3:22-cv-00309-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Petitioner Oscar Benjamin Loya seeks an extension of time to file his reply in support of his motion for discovery. (ECF No. 67.) Because the Court finds that the request is made in good faith and not solely for the purpose of delay, good cause therefore exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion to extend (ECF No. 67) is granted. Petitioner has until June 30, 2025 to file his reply.

DATED THIS 30th Day of May 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE