UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR BENJAMIN LOYA,<br><br>                      Petitioner,<br>     v.<br>TIM GARRETT, *et al.*,<br><br>                      Defendants. | Case No. 3:22-cv-00309-MMD-CLB<br><br>ORDER |

On August 8, 2025, the Court issued an order granting in part and denying in part Respondents' renewed motion to dismiss. (ECF No. 70 ("Order").) Respondents filed a motion for clarification regarding the Order. (ECF No. 71 ("Motion for Clarification").) Loya responded (ECF No. 72) and then filed a motion for reconsideration of the Court's Order (ECF No. 74 ("Motion for Reconsideration")). Respondents responded (ECF No. 77) and Loya replied (ECF No. 78). Loya subsequently filed a status report on October 6, 2025, in which he states that the parties fundamentally disagree with the scope of discovery that the Court authorized. (ECF No. 79.)

Respondents' motion for clarification (ECF No. 71) is granted. The parties agree that the procedural deadlines mistakenly reverse the appropriate parties. The Court agrees and thus orders that Respondents have 60 days from Loya's notice regarding the completion of discovery to file their answer, and Loya will have 60 days after service of the answer to file his reply. Moreover, the Court clarifies that it authorizes Loya to pursue discovery as follows: (1) subpoena(s) to CCDC for attorney call and visitation logs related to Loya; and (2) subpoena(s) to CCDA for the copy of discovery it disclosed to trial counsel in Loya's underlying state district court cases.

///

///

The Court additionally grants Loya's motion for reconsideration (ECF No. 74) in part as follows. The Court finds that Loya has shown good cause for limited discovery. Loya is authorized to subpoena the LVMPD for records that it previously disclosed to trial counsel in Loya's underlying state district court cases.

The Court notes that the parties made several arguments and cited to several cases not discussed above. The Court has reviewed these arguments and cases and determines that they do not warrant discussion as they do not affect the outcome of the motions before the Court.

It is therefore ordered that Respondents' motion for clarification (ECF No. 71) is granted. Respondents have 60 days from Loya's notice of completion of discovery to file their answer and Loya has 60 days from service of their answer to file his reply.

It is further ordered that Loya may issue (1) subpoena(s) to CCDC for attorney call and visitation logs related to Loya; and (2) subpoena(s) to CCDA for the copy of discovery it disclosed to trial counsel in Loya's underlying state district court cases.

It is further ordered that Loya's motion for reconsideration (ECF No. 74) is granted in part. Loya may issue subpoena(s) to the LVMPD for records that it previously disclosed to trial counsel in Loya's underlying state district court cases.

It is further ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 76) is granted *nunc pro tunc*.

DATED THIS 29th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE