AARON D. FORD
  Attorney General
YANPENG WANG (Bar No. 17022C)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N Carson St
Carson City NV 89701-4717
Phone: (775) 684-1254
Fax: (775) 684-1108
ywang@ag.nv.gov
*Attorneys for Respondents*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR BENJAMIN LOYA, | Case No. 3:22-cv-00309-MMD-CLB |
| Petitioner, | **ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |
| vs. | |
| TIM GARRETT, *et al.,* | |
| Respondents. | |

Respondents, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, and YANPENG WANG, Deputy Attorney General, hereby respectfully move this Court for an order granting a sixty (60) day enlargement of time, to and including April 24, 2026, in which to file and serve their answer to Petitioner Oscar Benjamin Loya's (Loya) first amended petition.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings, and other materials on file herein.

This is Respondents' first request for an enlargement of time to file the answer, and this motion is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 20th day of February 2026.

AARON D. FORD
Attorney General

By: /s/ Yanpeng Wang
YANPENG WANG (Bar. No. 17022C)
Deputy Attorney General

1

**DECLARATION OF COUNSEL**

STATE OF NEVADA          )
                                          : ss.
CARSON CITY               )

I, YANPENG WANG, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1.      I am a Deputy Attorney General in the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2.      By this motion, I respectfully request a sixty (60) day enlargement of time, to and including April 24, 2026, in which to file and serve their answer to Loya's first amended petition. This is my first request for an extension of time to file the answer.

3.      The answer is currently due on February 23, 2026.

4.      I have been unable, despite due diligence, to timely complete the response. Since Loya filed his notice of completion of discovery on December 23, 2025[1], I have filed an answer in *Chaiyakul v. Warden, High Desert State Prison, et al.* (2:22-cv-01650-RFB-MDC) on January 6, 2026; both a response to the second sur-reply in *Clemons v. Royal (2:24-cv-02018-CDS-EJY)* and a motion to dismiss in *Holland v. Henley* (2:25-cv-00379-RFB-MDC) on January 9, 2026; both a reply and an opposition in *Rivera v. Borgas* (2:24-cv-01072-RFB-BNW) on January 30, 2026; a reply in *Benavides v. Gittere* (2:23-cv-00576-ART-MDC) on February 11, 2026; and a motion to dismiss in *Cruz v. Royal* (3:24-cv-00552-MMD-CLB) on February 13, 2026. I have had to prioritize these filings because they were either subject to prior extensions or were subject to this Court's admonitions against further extensions due to the nature of the pleadings or objections from opposing counsel. I also filed an opposition to Loya's motion for leave to file exhibit 12 in support of first amended petition on January 13, 2026, which remains pending before this Court.

5.      In the interim, I have also been involved in defending federal and state petitions, including *Bradford v. Bean* (2:13-cv-01784-RFB-EJY), *Miller v. Att'y Gen. of Nev.* (2:25-cv-00783-GMN-MDC), *Gonzalez (Mark) v. Breitenbach* (2:25-cv-01080-APG-BNW), as well as multiple state court responses. I'm working to complete the reply in *Miller*, which is due on February 25, 2026, and the reply in *Gonzalez*

---

[1] This Court ordered that Respondents have sixty (60) days from Loya's notice of completion of discovery to file their answer. ECF No. 80 at 2.

*(Mark)*, which is due on March 2, 2026. I have had to prioritize the filings in *Miller* and *Gonzalez (Mark)* because they were subject to prior extensions. I also intend to seek an enlargement of time for the reply and opposition in *Bradford*, which are due on February 26, 2026.

6.     This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

7.     I contacted the Federal Public Defender, Ms. Shelly Richter, who has indicated that she has no objection to this requested enlargement.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

Dated this 20th day of February 2026.

By:     /s/ Yanpeng Wang
        YANPENG WANG (Bar No. 17022C)
        Deputy Attorney General

## ORDER

IT IS SO ORDERED.

Dated this 27th day of March, 2026.

_____
DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify I am an employee of the Office of the Attorney General and on this 20th day of February 2026, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** by U.S. District Court CM/ECF electronic filing to:

Shelly Richter
Assistant Federal Public Defender
411 E Bonneville Ave, Ste 250
Las Vegas NV 89101
Shelly_richter@fd.org

<u>/s/ Liz T. Stern</u>